IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | :: | |
| | :: | **CRIMINAL ACTION FILE** |
| v. | :: | |
| | :: | **NO. 1:18-CR-052-TCB** |
| **DAVID LEE,** | :: | |
| | :: | |
| **Defendant.** | :: | |

### UNITED STATES MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION
### <u>CONCERNING PLEA OF GUILTY</u>

The defendant, by written consent, [Doc. __], has appeared before me with counsel and has tendered a plea of guilty to the charges against him in the information, namely, two counts of violating 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. 2319(b)(3). After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. 11, as well as any immigration consequences of his guilty plea, I have determined that (1) the defendant has knowingly, voluntarily and intelligently waived his constitutional rights, (2) his guilty plea was knowing and voluntary, (3) the offenses charged in the information to which he is pleading guilty is supported by an independent basis in fact establishing each of the essential elements of such offense, and (4) the defendant knowingly, voluntarily, and intelligently waived any statute of limitations defenses that he may have been able to raise against the

AO 72A
(Rev.8/82)

charges to which he is pleading guilty.  *Smith v. United States*, 568 U.S. 106, 111-14 (2013); *United States v. Najar*, 283 F.3d 1306, 1308 (11th Cir. 2002); *Capone v. Aderhold*, 65 F.2d 130, 131 (5th Cir. 1933).

I, therefore, **RECOMMEND** that the plea of guilty be **ACCEPTED** and that the defendant be adjudged guilty and have sentence imposed accordingly.

By separate order, the defendant is advised that his failure to file written objections to this Report and Recommendation within **fourteen (14)** days after service of a copy of this Report and Recommendation shall bar him from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this the 5th day of March, 2018.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)