# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL FILE NO. |
| v. | 1:18-cr-052-TCB |
| DAVID LEE, | |
| Defendant. | |

## **O R D E R**

This case is before the Court on Magistrate Judge Baverman's Report and Recommendation (4) recommending accepting Defendant Lee's plea of guilty tendered on March 5, 2018. No objections to the Report and Recommendation have been filed.

The Court hereby ADOPTS the Magistrate Judge's Report and Recommendation and ACCEPTS the defendant's plea of guilty as to Counts One and Two of the Information.

**SO ORDERED** this 20th day of March, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge